UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:26-cv-00636-JLS-SK                                          Date: June 25, 2026
Title:  Guillermo Prieto v. Kith Retail LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Kelly Davis   |   N/A   |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                    Attorneys Present for Defendant:

Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE
DISMISSAL FOR LACK OF PROSECUTION**

On April 30, 2026, the Court ordered Plaintiff to show cause as to why this action should not be dismissed for lack of prosecution.  (Doc. 10.)  On May 11, 2026, the Court granted Plaintiff's request for a 30-day extension of time to serve Defendant.  (Doc. 12.)  To date, Plaintiff has not filed a proof of service or made any further request for an extension.

Accordingly, the Court ORDERS Plaintiff to show cause, in writing, within **seven (7) days** as to why this action should not be dismissed for lack of prosecution.  As an alternative to a written response, Plaintiff may submit: (1) Proof of Service on defendants; or (2) a Notice of Voluntary Dismissal.  Failure to respond will result in the immediate dismissal of this action.

Initials of Deputy Clerk: kd